# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID W. FREUND AND<br>     LORI J. FREUND,<br>         Debtors. | ) Bankr. No. 15-22057 TPA<br>)<br>) Chapter 13<br>) |
| DAVID W. FREUND AND<br>LORI J. FREUND,<br><br>     Movants,<br><br>     vs.<br><br>SETERUS, INC.,<br><br>     Respondent. | ) Docket No. 78<br>) Related to Docket No. 71, 74, 75<br>)<br>) Hearing Date & Time:<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

AND NOW, this _____ day of _____, 20_____, at Pittsburgh, Pennsylvania, upon amicable agreement of the parties, it is stipulated that:

1. Seterus, Inc. is not in contempt of the Order of Court dated November 13, 2015, and

2. The amount of $2,368.00 shall be mailed to the Debtors at 132 Agnew Street, Pittsburgh, PA 15210, and

3. The amount of $1,500.00 shall be mailed to Rodney D. Shepherd, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203, and

4. The hearing scheduled for March 2, 2016 at 11:30 a.m. is cancelled.

Consented to:                                                                SO ORDERED:

/s/ Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney for Seterus, Inc.                                                    Thomas P. Agresti, Esquire
                                                                              United States Bankruptcy Judge

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors